AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Brandon Blackman<br><br>*Defendant(s)* | )<br>)  Case No.<br>)       1:26MJ2028<br>)<br>)<br>) |

FILED
2:47 pm Jan 30 2026
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/27/2026__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115 | Attempt to Influence, Impede, or Retaliate Against a Federal Official by Threatening or Injuring a Federal Official or Family Member (4 Counts) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Oscar A. Dario-Monterroso, Deputy U.S. Marshal
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: January 30, 2026

*Judge's signature*

City and state: Ann Arbor, MI

David R. Grand, Chief U.S. Magistrate Judge
*Printed name and title*