FILED

FEB 19 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) 1:26 CR 0 0 075 |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| BRANDON BLACKMAN, | ) Section 115(a)(1)(B) |
| Defendant. | ) **JUDGE RUIZ** |

COUNT 1
(Influencing, Impeding, or Retaliating Against a Federal Official by Threats or Injury,
18 U.S.C. § 115(a)(1)(B))

The Grand Jury charges:

1. On or about January 27, 2026, in the Northern District of Ohio, Eastern Division, Defendant BRANDON BLACKMAN did threaten to kill P.G., a United States District Judge, with the intent to impede, intimidate, or interfere with P.G. while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

COUNT 2
(Influencing, Impeding, or Retaliating Against a Federal Official by Threats or Injury,
18 U.S.C. § 115(a)(1)(B))

The Grand Jury further charges:

2. On or about January 27, 2026, in the Northern District of Ohio, Eastern Division, Defendant BRANDON BLACKMAN did threaten to kill K.R., an official covered by 18 U.S.C. § 1114, with the intent to impede, intimidate, or interfere with K.R., while he/she was engaged in

the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3
(Influencing, Impeding, or Retaliating Against a Federal Official by Threats or Injury, 18 U.S.C. § 115(a)(1)(B))

The Grand Jury further charges:

3. On or about January 27, 2026, in the Northern District of Ohio, Eastern Division, Defendant BRANDON BLACKMAN did threaten to kill T.S.F., an official covered by 18 U.S.C. § 1114, with the intent to impede, intimidate, or interfere with T.S.F., while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 4
(Influencing, Impeding, or Retaliating Against a Federal Official by Threats or Injury, 18 U.S.C. § 115(a)(1)(B))

The Grand Jury further charges:

4. On or about January 27, 2026, in the Northern District of Ohio, Eastern Division, Defendant BRANDON BLACKMAN did threaten to kill B.M., a Federal law enforcement officer, with the intent to impede, intimidate, or interfere with B.M., while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.